# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY ____ D.C.

05 OCT 13 PM 4:18

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

**U.S.A. vs. Rosiland McNeal**

**Docket No. 2:02CR20453-01**

## Petition on Probation and Supervised Release

**COMES NOW DAWN L. BROWN, PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Rosiland McNeal, who was placed on supervision by the Honorable J. Daniel Breen sitting in the Court at Memphis, TN, on the 17th day of March, 2004, who fixed the period of supervision at two (2) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in substance abuse treatment/testing and mental health treatment as deemed appropriate by the Probation Officer.

\* Supervision began March 19, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 17, 2005, Rosiland McNeal pled guilty to Theft of Property $500 or Less. She was sentenced to time served (one day) plus a Five Hundred Dollar ($500.00) fine. The Probation Office recommends a four (4) month period of home confinement to serve as a sanction for this violation conduct. Ms. McNeal agreed to a modification of her Conditions of Supervised Release to include a four (4) month period of home confinement as indicated on the attached Prob Form 49, (Waiver of Hearing to Modify Conditions of Probation/Supervised Release).

**PRAYING THAT THE COURT WILL ORDER** that Rosiland McNeal's Supervised Release be **MODIFIED** to include the Special Condition which requires that she serve a four (4) month period of home confinement at the direction of the Probation Officer.

**ORDER OF COURT**

Considered and ordered this 13th day of October, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Dawn L. Brown
United States Probation Officer

Place: Memphis, Tennessee

Date: October 12, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-14-05

(61)

# UNITED STATES DISTRICT COURT

## Western District of Tennessee

## Waiver of Hearing to Modify Conditions
## of Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall be placed on home confinement for a period of four (4) months.

*Rosiland McNeal*
(Authorizing Signature - Full Name)

Rosiland McNeal
Defendant

10/12/05
(Date)

WITNESS -   *Johnetta Norman*
Johnetta Norman SUSPO

10-12-05
(Date)

10-12-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:02-CR-20453 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT